UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MELISSA ANNE TETRICK, | ) | Case No. 23-01893-JMC-7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MELISSA ANNE TETRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 23-50051 |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEBT

The United States of America, Department of Education, by counsel, hereby files the attached Loan Summary (Exhibit A).

                                              Respectfully submitted,

                                              ZACHARY A. MYERS
                                              United States Attorney

                         By:    /s/ *Rachana N. Fischer*
                                              Rachana N. Fischer
                                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

U.S. Trustee
Office of the U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Eric C. Redman
Saeed & Little, LLP
eredman@redmanludwig.com

/s/ *Rachana N. Fischer*
Rachana N. Fischer
Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048
Telephone:  317-226-6333
Fax:  317-226-5027