🇺🇸 An official website of the United States government.    ❓ | Help Center | Contact Us

**Federal Student Aid** | **NSLDS**    RHODA TERRY - 09 - SAN FRANCISCO, CA ⌄
*An OFFICE of the U.S. DEPARTMENT of EDUCATION*

| **Aid Recipient** | School | Enrollment | Data Providers | Reports | Admin Tools | Resources | 🔍 Search Aid Recipient |

Ⓗ **SSN:** ***-**-____ 👁   **DOB:** ▮▮▮▮   **Name:** MELISSA A. TETRICK   **Role(s):** Student, PLUS Borrower    Clear Aid Recipient

⚠ Bankruptcy    ⚠ Additional Unsub. Loans

˄ Hide Alerts

# Loan Summary

Financial Aid Dashboard  >  Loan Summary

View Loan Linking History ›

## Total Outstanding Balance                                                             As of 07/31/2023

**Total Outstanding Balance:**    **Total Outstanding Interest Balance:**    **Total Other Fees:**
$81,287                            $524                                       $0

▽ Filter                                    Sort By:  Loan Date ⌄      ⓧ Export to CSV

---

**22**  **Loan Type:**                         **Loan Status:**                              **Award Year:**      View Loan Details ›
    D5 - Direct Consolidated              BK - Bankruptcy Claim, Active as of            N/R
    Unsubsidized                          05/04/2023 ⚠

**Loan Amount:**          **School Name:**            **Outstanding Principal Balance:**   **Aggregate OPB:**
$13,690                   N/A                         $13,690                              $13,690

**Loan Date:**            **Federal Loan Servicer:**  **Outstanding Interest Balance:**    **Capitalized Interest:**
02/03/2023                500 - DEPT OF ED/MOHELA     $0                                   N/R

                                                      **Cumulative Disbursed Amount:**     **Most Recent Disbursed Date:**
                                                      $13,690                              02/03/2023

Federally-Serviced 🗐

---

**21**  **Loan Type:**                         **Loan Status:**                              **Award Year:**      View Loan Details ›
    D6 - Direct Consolidated              BK - Bankruptcy Claim, Active as of            N/R
    Subsidized                            05/04/2023 ⚠

**Loan Amount:**          **School Name:**            **Outstanding Principal Balance:**   **Aggregate OPB:**
$5,124                    N/A                         $5,124                               $5,124

**Loan Date:**            **Federal Loan Servicer:**  **Outstanding Interest Balance:**    **Capitalized Interest:**
02/03/2023                500 - DEPT OF ED/MOHELA     $0                                   N/R

| | | | |
|---|---|---|---|
| | | Cumulative Disbursed Amount:<br>$5,124 | Most Recent Disbursed Date:<br>02/03/2023 |

Federally-Serviced

---

**20** | Loan Type:<br>**D4 - Direct PLUS Parent** | Loan Status:<br>DA - Deferred as of 05/03/2023 | Award Year:<br>2021-2022 | View Loan Details ›

| Loan Amount:<br>$22,473 | School Name:<br>00178800 - Butler University | Outstanding Principal Balance:<br>$22,473 | Aggregate OPB:<br>$0 |
|---|---|---|---|
| Loan Date:<br>09/08/2021 | Academic Level:<br>4 - 4th - Senior | Outstanding Interest Balance:<br>$0 | Capitalized Interest:<br>N/R |
| Loan Period:<br>08/25/2021 - 05/03/2022 | Federal Loan Servicer:<br>580 - DEPT OF ED/NELNET | Cumulative Disbursed Amount:<br>$22,473 | Most Recent Disbursed Date:<br>01/18/2022 |

Federally-Serviced    PLUS Parent

---

**19** | Loan Type:<br>**D4 - Direct PLUS Parent** | Loan Status:<br>DA - Deferred as of 05/03/2023 | Award Year:<br>2020-2021 | View Loan Details ›

| Loan Amount:<br>$18,000 | School Name:<br>00178800 - Butler University | Outstanding Principal Balance:<br>$18,000 | Aggregate OPB:<br>$0 |
|---|---|---|---|
| Loan Date:<br>08/29/2020 | Academic Level:<br>4 - 4th - Senior | Outstanding Interest Balance:<br>$0 | Capitalized Interest:<br>N/R |
| Loan Period:<br>08/24/2020 - 05/04/2021 | Federal Loan Servicer:<br>580 - DEPT OF ED/NELNET | Cumulative Disbursed Amount:<br>$18,000 | Most Recent Disbursed Date:<br>01/29/2021 |

Federally-Serviced    PLUS Parent

---

**18** | Loan Type:<br>**D4 - Direct PLUS Parent** | Loan Status:<br>DA - Deferred as of 05/03/2023 | Award Year:<br>2019-2020 | View Loan Details ›

| Loan Amount:<br>$22,000 | School Name:<br>00178800 - Butler University | Outstanding Principal Balance:<br>$22,000 | Aggregate OPB:<br>$0 |
|---|---|---|---|
| Loan Date:<br>09/05/2019 | Academic Level:<br>1 - 1st - Fresh. | Outstanding Interest Balance:<br>$524 | Capitalized Interest:<br>N/R |
| Loan Period:<br>08/28/2019 - 05/05/2020 | Federal Loan Servicer:<br>580 - DEPT OF ED/NELNET | Cumulative Disbursed Amount:<br>$22,000 | Most Recent Disbursed Date:<br>01/17/2020 |

Federally-Serviced    PLUS Parent

---

**17** | Loan Type:<br>**CL - FFEL Consolidated** | Loan Status:<br>PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 02/07/2023 | | View Loan Details ›

| Loan Amount:<br>$29,561 | School Name:<br>N/A | Outstanding Principal Balance:<br>$0 | Aggregate OPB:<br>N/A |
|---|---|---|---|
| Loan Date:<br>06/27/2003 | Guaranty Agency:<br>755 - ASCENDIUM EDUCATION SOLUTIONS, INC | Outstanding Interest Balance:<br>$0 | Separate Loan Indicator:<br>B |
| | Lender Servicer:<br>700191 - NAVIENT SOLUTIONS, LLC. | Cumulative Disbursed Amount:<br>$29,561 | Most Recent Disbursed Date:<br>06/27/2003 |

Commercially-Serviced

### 16

**Loan Type:**
CL - FFEL Consolidated

**Loan Status:**
PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 02/07/2023

View Loan Details >

**Loan Amount:** $11,062

**School Name:** N/A

**Outstanding Principal Balance:** $0

**Aggregate OPB:** N/A

**Loan Date:** 06/27/2003

**Guaranty Agency:**
755 - ASCENDIUM EDUCATION SOLUTIONS, INC

**Outstanding Interest Balance:** $0

**Separate Loan Indicator:** A

**Lender Servicer:**
700191 - NAVIENT SOLUTIONS, LLC.

**Cumulative Disbursed Amount:** $11,062

**Most Recent Disbursed Date:** 06/27/2003

Commercially-Serviced

---

### 15

**Loan Type:**
SF - FFEL Stafford Subsidized

**Loan Status:**
PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003

View Loan Details >

**Loan Amount:** $1,200

**School Name:**
00181300 - Indiana University - Purdue University Indianapolis

**Outstanding Principal Balance:** $0

**Aggregate OPB:** N/A

**Loan Date:** 07/09/2002

**Academic Level:**
4 - 4th - Senior

**Outstanding Interest Balance:** $0

**Separate Loan Indicator:** A

**Loan Period:** 08/21/2002 - 12/16/2002

**Guaranty Agency:**
800 - USA FUNDS, INC.

**Cumulative Disbursed Amount:** $1,200

**Most Recent Disbursed Date:** 08/08/2002

**Lender Servicer:**
700191 - NAVIENT SOLUTIONS, LLC.

Commercially-Serviced

---

### 14

**Loan Type:**
SF - FFEL Stafford Subsidized

**Loan Status:**
PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003

View Loan Details >

**Loan Amount:** $1,000

**School Name:**
00181300 - Indiana University - Purdue University Indianapolis

**Outstanding Principal Balance:** $0

**Aggregate OPB:** N/A

**Loan Date:** 04/25/2002

**Academic Level:**
4 - 4th - Senior

**Outstanding Interest Balance:** $0

**Separate Loan Indicator:** A

**Loan Period:** 05/08/2002 - 08/05/2002

**Guaranty Agency:**
800 - USA FUNDS, INC.

**Cumulative Disbursed Amount:** $1,000

**Most Recent Disbursed Date:** 06/12/2002

**Lender Servicer:**
700191 - NAVIENT SOLUTIONS, LLC.

Commercially-Serviced

---

### 13

**Loan Type:**
SF - FFEL Stafford Subsidized

**Loan Status:**
PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003

View Loan Details >

**Loan Amount:** $5,000

**School Name:**
00181300 - Indiana University - Purdue University Indianapolis

**Outstanding Principal Balance:** $0

**Aggregate OPB:** N/A

**Loan Date:** 06/22/2001

**Academic Level:**
4 - 4th - Senior

**Outstanding Interest Balance:** $0

**Separate Loan Indicator:** A

**Loan Period:** 08/22/2001 - 05/05/2002

**Guaranty Agency:**

**Cumulative Disbursed Amount:** $5,000

**Most Recent Disbursed Date:** 12/26/2001

800 - USA FUNDS, INC.

Lender Servicer:
700191 - NAVIENT SOLUTIONS, LLC.

Commercially-Serviced

---

**12** | Loan Type: **SU - FFEL Stafford Unsubsidized** | Loan Status: PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003 | View Loan Details ›

Loan Amount: $5,000

Loan Date: 07/03/2000

Loan Period: 08/23/2000 - 05/06/2001

School Name:
00181300 - Indiana University - Purdue University Indianapolis

Academic Level:
4 - 4th - Senior

Guaranty Agency:
800 - USA FUNDS, INC.

Lender Servicer:
700191 - NAVIENT SOLUTIONS, LLC.

Outstanding Principal Balance: $0

Outstanding Interest Balance: $0

Cumulative Disbursed Amount: $5,000

Aggregate OPB: N/A

Separate Loan Indicator: A

Most Recent Disbursed Date: 12/26/2000

Commercially-Serviced

---

**11** | Loan Type: **SU - FFEL Stafford Unsubsidized** | Loan Status: PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003 | View Loan Details ›

Loan Amount: $2,621

Loan Date: 09/01/1999

Loan Period: 08/25/1999 - 05/07/2000

School Name:
00181300 - Indiana University - Purdue University Indianapolis

Academic Level:
3 - 3rd - Junior

Guaranty Agency:
800 - USA FUNDS, INC.

Lender Servicer:
700191 - NAVIENT SOLUTIONS, LLC.

Outstanding Principal Balance: $0

Outstanding Interest Balance: $0

Cumulative Disbursed Amount: $2,621

Aggregate OPB: N/A

Separate Loan Indicator: A

Most Recent Disbursed Date: 01/03/2000

Commercially-Serviced

---

**10** | Loan Type: **SU - FFEL Stafford Unsubsidized** | Loan Status: PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003 | View Loan Details ›

Loan Amount: $5,254

Loan Date: 11/12/1998

Loan Period: 01/09/1999 - 05/09/1999

School Name:
00181300 - Indiana University - Purdue University Indianapolis

Academic Level:
3 - 3rd - Junior

Guaranty Agency:
800 - USA FUNDS, INC.

Lender Servicer:
700191 - NAVIENT SOLUTIONS, LLC.

Outstanding Principal Balance: $0

Outstanding Interest Balance: $0

Cumulative Disbursed Amount: $5,254

Aggregate OPB: N/A

Separate Loan Indicator: A

Most Recent Disbursed Date: 12/28/1998

Commercially-Serviced          Additional Unsub.

| 9 | Loan Type:<br>SU - FFEL Stafford Unsubsidized | Loan Status:<br>PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003 | View Loan Details › |
|---|---|---|---|

Loan Amount:
$2,300

Loan Date:
07/10/1998

Loan Period:
08/26/1998 - 12/21/1998

School Name:
00181300 - Indiana University - Purdue University Indianapolis

Academic Level:
3 - 3rd - Junior

Guaranty Agency:
800 - USA FUNDS, INC.

Lender Servicer:
700191 - NAVIENT SOLUTIONS, LLC.

Outstanding Principal Balance:
$0

Outstanding Interest Balance:
$0

Cumulative Disbursed Amount:
$2,300

Aggregate OPB:
N/A

Separate Loan Indicator:
A

Most Recent Disbursed Date:
08/17/1998

Commercially-Serviced    Additional Unsub.

| 8 | Loan Type:<br>SU - FFEL Stafford Unsubsidized | Loan Status:<br>PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003 | View Loan Details › |
|---|---|---|---|

Loan Amount:
$1,200

Loan Date:
05/12/1998

Loan Period:
05/13/1998 - 08/10/1998

School Name:
00181300 - Indiana University - Purdue University Indianapolis

Academic Level:
3 - 3rd - Junior

Guaranty Agency:
800 - USA FUNDS, INC.

Lender Servicer:
700191 - NAVIENT SOLUTIONS, LLC.

Outstanding Principal Balance:
$0

Outstanding Interest Balance:
$0

Cumulative Disbursed Amount:
$1,200

Aggregate OPB:
N/A

Separate Loan Indicator:
A

Most Recent Disbursed Date:
06/16/1998

Commercially-Serviced

Showing 1 to 15 of 22 items    «    ‹ Previous    Next ›    »

**KNOWLEDGE CENTER**
Knowledge Center Home
FSA Handbook
Knowledge Center FAQ

**TRAINING**
Training Resources
FSA Training Conference
Financial Aid Toolkit

**FINANCIAL AID DELIVERY**
Application & Verification
Calculating Awards & Packaging
Origination & Disbursement
Campus-Based Processing
Return of Title IV Funds
Reconciliation & Closeout
Default Prevention & Management

**TITLE IV PROGRAM ELIGIBILITY**
Title IV Participation Application
Maintain Eligibility
Audit Submission
Appeals
Cybersecurity
School Closures

**MORE INFO**
About NSLDS Professional Access
Help Center
Frequently Asked Questions (FAQ)
Feedback Center
Important Dates
Data Center



PROUD SPONSOR of the AMERICAN MIND ®

      FOIA | Privacy | Notices | usa.gov | ed.gov | Security

🇺🇸 An official website of the United States government. | Help Center | Contact Us

**Federal Student Aid** | **NSLDS**    RHODA TERRY - 09 - SAN FRANCISCO, CA

| Aid Recipient | School | Enrollment | Data Providers | Reports | Admin Tools | Resources | 🔍 Search Aid Recipient |

Ⓗ **SSN:** ***-**-____ 👁  **DOB:** ____  **Name:** MELISSA A. TETRICK  **Role(s):** Student, PLUS Borrower    Clear Aid Recipient

⚠ Bankruptcy     ⚠ Additional Unsub. Loans

˄ Hide Alerts

# Loan Summary

Financial Aid Dashboard  ›  Loan Summary

View Loan Linking History ›

## Total Outstanding Balance                                As of 07/31/2023

**Total Outstanding Balance:** $81,287    **Total Outstanding Interest Balance:** $524    **Total Other Fees:** $0

▽ Filter                                                Sort By: Loan Date ⌄        📊 Export to CSV

---

**7**  **Loan Type:** SU - FFEL Stafford Unsubsidized    **Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003    View Loan Details ›

**Loan Amount:** $3,500
**School Name:** 00181300 - Indiana University - Purdue University Indianapolis
**Outstanding Principal Balance:** $0
**Aggregate OPB:** N/A

**Loan Date:** 08/28/1997
**Academic Level:** 2 - 2nd - Soph.
**Outstanding Interest Balance:** $0
**Separate Loan Indicator:** A

**Loan Period:** 08/20/1997 - 05/08/1998
**Guaranty Agency:** 800 - USA FUNDS, INC.
**Cumulative Disbursed Amount:** $3,500
**Most Recent Disbursed Date:** 12/29/1997

**Lender Servicer:** 700191 - NAVIENT SOLUTIONS, LLC.

Commercially-Serviced 🗔

---

**6**  **Loan Type:** SU - FFEL Stafford Unsubsidized    **Loan Status:** PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003    View Loan Details ›

**Loan Amount:**    **School Name:**    **Outstanding Principal Balance:**    **Aggregate OPB:**

$1,721

**Loan Date:**
01/06/1997

**Loan Period:**
01/11/1997 - 05/11/1997

00181300 - Indiana University - Purdue University Indianapolis

**Academic Level:**
2 - 2nd - Soph.

**Guaranty Agency:**
800 - USA FUNDS, INC.

**Lender Servicer:**
700191 - NAVIENT SOLUTIONS, LLC.

$0

**Outstanding Interest Balance:**
$0

**Cumulative Disbursed Amount:**
$1,721

N/A

**Separate Loan Indicator:**
A

**Most Recent Disbursed Date:**
01/13/1997

Commercially-Serviced      Additional Unsub.

---

**5**  **Loan Type:**
SF - FFEL Stafford Subsidized

**Loan Status:**
PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003

View Loan Details >

**Loan Amount:**
$279

**Loan Date:**
01/06/1997

**Loan Period:**
01/11/1997 - 05/11/1997

**School Name:**
00181300 - Indiana University - Purdue University Indianapolis

**Academic Level:**
2 - 2nd - Soph.

**Guaranty Agency:**
800 - USA FUNDS, INC.

**Lender Servicer:**
700191 - NAVIENT SOLUTIONS, LLC.

**Outstanding Principal Balance:**
$0

**Outstanding Interest Balance:**
$0

**Cumulative Disbursed Amount:**
$279

**Aggregate OPB:**
N/A

**Separate Loan Indicator:**
A

**Most Recent Disbursed Date:**
01/13/1997

Commercially-Serviced

---

**4**  **Loan Type:**
SU - FFEL Stafford Unsubsidized

**Loan Status:**
PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003

View Loan Details >

**Loan Amount:**
$2,542

**Loan Date:**
07/24/1996

**Loan Period:**
08/21/1996 - 12/16/1996

**School Name:**
00181300 - Indiana University - Purdue University Indianapolis

**Academic Level:**
2 - 2nd - Soph.

**Guaranty Agency:**
800 - USA FUNDS, INC.

**Lender Servicer:**
700191 - NAVIENT SOLUTIONS, LLC.

**Outstanding Principal Balance:**
$0

**Outstanding Interest Balance:**
$0

**Cumulative Disbursed Amount:**
$2,542

**Aggregate OPB:**
N/A

**Separate Loan Indicator:**
A

**Most Recent Disbursed Date:**
08/08/1996

Commercially-Serviced      Additional Unsub.

---

**3**  **Loan Type:**
SF - FFEL Stafford Subsidized

**Loan Status:**
PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003

View Loan Details >

**Loan Amount:**
$313

**Loan Date:**
07/24/1996

**Loan Period:**
08/21/1996 - 12/16/1996

**School Name:**
00181300 - Indiana University - Purdue University Indianapolis

**Academic Level:**
2 - 2nd - Soph.

**Guaranty Agency:**
800 - USA FUNDS, INC.

**Lender Servicer:**
700191 - NAVIENT SOLUTIONS, LLC.

**Outstanding Principal Balance:**
$0

**Outstanding Interest Balance:**
$0

**Cumulative Disbursed Amount:**
$313

**Aggregate OPB:**
N/A

**Separate Loan Indicator:**
A

**Most Recent Disbursed Date:**
08/08/1996

Commercially-Serviced

| 2 | Loan Type:<br>SF - FFEL Stafford Subsidized | Loan Status:<br>PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003 | View Loan Details › |

Loan Amount:
$645

Loan Date:
03/29/1996

Loan Period:
05/08/1996 - 06/19/1996

School Name:
00181300 - Indiana University - Purdue University Indianapolis

Academic Level:
1 - 1st - Fresh.

Guaranty Agency:
800 - USA FUNDS, INC.

Lender Servicer:
700191 - NAVIENT SOLUTIONS, LLC.

Outstanding Principal Balance:
$0

Outstanding Interest Balance:
$0

Cumulative Disbursed Amount:
$645

Aggregate OPB:
N/A

Separate Loan Indicator:
A

Most Recent Disbursed Date:
04/08/1996

Commercially-Serviced

| 1 | Loan Type:<br>SF - FFEL Stafford Subsidized | Loan Status:<br>PN - Non-Defaulted, Paid in Full Through Consolidation Loan as of 06/30/2003 | View Loan Details › |

Loan Amount:
$2,625

Loan Date:
07/26/1995

Loan Period:
08/23/1995 - 05/05/1996

School Name:
00181300 - Indiana University - Purdue University Indianapolis

Academic Level:
1 - 1st - Fresh.

Guaranty Agency:
800 - USA FUNDS, INC.

Lender Servicer:
700191 - NAVIENT SOLUTIONS, LLC.

Outstanding Principal Balance:
$0

Outstanding Interest Balance:
$0

Cumulative Disbursed Amount:
$2,625

Aggregate OPB:
N/A

Separate Loan Indicator:
A

Most Recent Disbursed Date:
12/11/1995

Commercially-Serviced

Showing 16 to 22 of 22 items  « ‹ Previous   Next › »

| KNOWLEDGE CENTER | FINANCIAL AID DELIVERY | TITLE IV PROGRAM ELIGIBILITY | MORE INFO |
|---|---|---|---|
| Knowledge Center Home | Application & Verification | Title IV Participation Application | About NSLDS Professional Access |
| FSA Handbook | Calculating Awards & Packaging | Maintain Eligibility | Help Center |
| Knowledge Center FAQ | | Audit Submission | Frequently Asked Questions (FAQ) |
| TRAINING | Origination & Disbursement | Appeals | Feedback Center |
| | Campus-Based Processing | Cybersecurity | Important Dates |
| Training Resources | Return of Title IV Funds | School Closures | Data Center |
| FSA Training Conference | Reconciliation & Closeout | | |
| Financial Aid Toolkit | Default Prevention & Management | | |



FOIA  |  Privacy  |  Notices  |  usa.gov  |  ed.gov  |  Security

